TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-99-00193-CR

John Wayne Rider, Appellant

v.

The State of Texas, Appellee

FROM THE DISTRICT COURT OF MILAM COUNTY, 20TH JUDICIAL DISTRICT

NO. 19,662, HONORABLE DONALD HAMMOND, JUDGE PRESIDING

In July 1998, appellant John Wayne Rider pleaded guilty and judicially confessed
to endangering a child. See Tex. Penal Code Ann. § 22.041(c) (West 1994). The district court
found that the evidence substantiated his guilt, deferred further proceedings, and placed appellant
on community supervision. In March 1999, the district court revoked supervision on the State's
motion, adjudged appellant guilty, and assessed punishment at incarceration in a state jail for
twelve months.

Appellant's court-appointed attorney filed a brief concluding that the appeal is
frivolous and without merit. The brief meets the requirements of Anders v. California, 386 U.S.
738 (1967), by addressing issues counsel says might arguably support the appeal. See also Penson
v. Ohio, 488 U.S. 75 (1988); High v. State, 573 S.W.2d 807 (Tex. Crim. App. 1978); Currie v.
State, 516 S.W.2d 684 (Tex. Crim. App. 1974); Jackson v. State, 485 S.W.2d 553 (Tex. Crim.
App. 1972); Gainous v. State, 436 S.W.2d 137 (Tex. Crim. App. 1969). A copy of counsel's
brief was delivered to appellant, and appellant was advised of his right to examine the appellate
record and to file a pro se brief. No pro se brief has been filed.

We have reviewed the record and counsel's brief and agree that the appeal is
frivolous and without merit. A discussion of the contentions advanced in counsel's brief would
serve no beneficial purpose.

The judgment of conviction is affirmed.

 

 J. Woodfin Jones, Justice

Before Justices Jones, Kidd and Patterson

Affirmed

Filed: November 18, 1999

Do Not Publish